AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2026

SEAN F. MCAVOY, CLERK

KING RASTA ROYALBLOOD, I
(formerly known as Kevin Taylor, Jr.),

*Plaintiff*

v.

WALLA WALLA COUNTY, DEPARTMENT OF CORRECTIONS, JESSICA FRASIER, CHRIS MCGILL, DAMIEN REINO, REYES, STRADER, BERMOY, and JOSH

*Defendant*

Civil Action No. 4:26-cv-5117-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 9) is GRANTED.
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EDWARD F. SHEA

Date: 9/15/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*